■ CHARLES W. PECORELLA et al., Respondents, v GREATER BUFFALO PRESS, INC., et al., Appellants.—Order and judgment unanimously affirmed, with costs, for reasons stated at Trial Term, Miles, J. (Appeal from order and judgment of Supreme Court, Orleans County, Miles, J.—specific performance, damages.) Present—Callahan, J. P., Doerr, Denman, Boomer and Pine, JJ.